

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

April 10, 2025

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

                        Re:  *United States v. Ghislaine Barrientos*
                              25 Cr. 008 (GHW)

Dear Judge Woods:

      The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the accompanying Declaration, all right, title, and interest of the Defendant, Ghislaine Barrientos, in the Specific Property was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (Docket Entry 20) and no third-party claims have been filed within the statutory period. Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Specific Property according to law.

                                                    Respectfully submitted,

                                                    MATTHEW PODOLSKY
                                                    Acting United States Attorney
                                                    Southern District of New York

By:  *Robert B. Sobelman*
        _____
        Robert B. Sobelman
        Assistant United States Attorney
        Tel. (212) 637-2616

*Enclosure*