# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 11, 2025

**BY ECF**

The Honorable Gregory H. Woods
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   **United States v. Ghislaine Barrientos**
      **25-CR-008 (GHW)**

Dear Judge Woods,

Enclosed for your review is an additional letter of support submitted by Ms. Barrientos herself.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

1

April 11, 2025

Honorable Judge Gregory H. Woods
United States Courthouse
500 Pearl St.
New York, NY 10007

Dear Honorable Judge Woods,

When I accepted bribes as a corrections officer, I now recognize that I put the health of every inmate at risk. These were not my best decisions. For that, I am embarrassed and regretful. I have disappointed my family and myself. This is not who I have been in the past, and I do not plan on getting into trouble ever again. I pray on it. If God gives me the opportunity to stay out, I will never make an unlawful decision again.

For the last four years, I have lived by myself and supported myself entirely. I've worked as a city carrier for the post office since June 2024. I like my current job. I get the work done and try to do as much overtime as I can. Right now, I only have one day off. I like to keep myself busy with work.

There has never been a time in my adult life when I wasn't working, often working multiple jobs at a time. I'm scared to be homeless. I'm scared to have nothing. That fear drives me to work hard. And I'm worried that I may have put all of this in jeopardy

I make no excuse for my actions in this case. I was a correctional officer for 8 years, and for most of that time, I did that job well. At one point, I started working at 7/11 along with my correctional officer job. I was trying to save money and pay off debt. At the same time, my work environment at Rikers had become too difficult to handle. I was getting harassed by the other officers. They would constantly try to embarrass me, or they would come to harass the inmates to react so that the house would flip on me. It was an extremely difficult time. It got to the point where I could not stand to go to work anymore, and I knew I needed to leave. I thought that if I could make extra money, I would have enough to leave my job and still pay my bills. This led to my actions in this case. I should have not let this work environment affect my judgment.

During this case, I have connected more with my religion. I go to work and come home. I have become more of a homebody. I enjoy my work and want to move up. And I hope to have the opportunity to continue pursuing this after my sentencing. Judge Woods, I am deeply regretful for the decisions I made. I will never do this again.

Sincerely,

Ghislaine Barrientos