# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

# MEMORANDUM ENDORSED

April 28, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2025

**BY ECF**

The Honorable Gregory H. Woods
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Ghislaine Barrientos**
      **25-CR-008 (GHW)**

Dear Judge Woods:

Ghislaine Barrientos, through undersigned counsel, respectfully moves the Court for an order extending her self-surrender date from June 9, 2025 to June 30, 2025. The reason for this request is that Ms. Barrientos has recently learned that she will be in a position to retain her job as a city mail carrier, even after serving prison sentence, if she remains on the job through June 29, 2025. Specifically, in order to retain her job, she will need to have worked at the postal service for one full year (through June 16, 2025), have a five-day break in service (June 17, 2025 through June 21, 2025), and then return to the job for one full week (June 22, 2025 through June 29, 2025). She can then take a leave of absence until she completes her prison sentence.

Undersigned counsel has conferred with the government about this request, and the government has no objection. Accordingly, Ms. Barrientos asks the Court to grant her request.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

Application granted. The defendant is directed to surrender no later then 12:00 p.m. on June 30, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 32.
SO ORDERED.
Dated: April 28, 2025
New York, New York

GREGORY H. WOODS
United States District Judge


**UNITED STATES POSTAL SERVICE**

Flordeliza Luistro
100 Fisher Ave
White Plains NY

April 23, 2025

Honorable Judge Gregory H. Woods
United States District Judge
Southern District of New York

Dear Judge Woods,

I am composing this letter about Ghislane Barrientos job position in White Plains Post Office. She works as a City Carrier Assistance (CCA), a non-career work force, city letter carrier bargaining unit employee. CCA employees shall be hired for terms of 360 calendar days and will have a break in service of 5 days between appointments.

Ghislane Barrientos appointment date was June 15, 2024. To be reappointed as CCA, she is required to come to work until June 16, 2025. She will start her break in service on June 17 – 21, 2025 and needs to be back on the job on June 22, 2025.

If you have any question or require any further information, please feel free to contact me at 914-473-7101 or email me at Flordeliza.Luistro@usps.gov.

Sincerely,

*[signature]*

Flordeliza Luistro
Supervisor

*[White Plains Post Office stamp: APR 23 2025, 10602-USPS]*