# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2025

July 1, 2025

**BY ECF**

Duty Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

Re:   **United States v. Ghislaine Barrientos**
      **25-CR-008 (GHW)**

Dear Judge Woods:

    Ghislaine Barrientos, through undersigned counsel, respectfully moves the Court for an order directing Pretrial Services to release Ms. Barrientos' passport to the custody of the Federal Defenders of New York. Ms. Barrientos was directed to surrender her passport as part of the conditions of her pretrial release. Ms. Barrientos' case is now complete, and she has self-surrendered to the BOP to serve her six-month sentence. Pretrial Services, however, has informed undersigned counsel that Ms. Barrientos' passport will be sent to the Department of State if it is not claimed within 90 days. Accordingly, Ms. Barrientos respectfully asks the Court to direct pretrial services to release her passport to the custody of the Federal Defenders of New York.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

Application denied without prejudice. Any renewed request should include a statement indicating the position of the United States regarding the request.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 34.

SO ORDERED.
Dated: July 1, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge